FILED
JUN 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No. '08 MJ 8576 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | Title 8, U.S.C., Section 1324 (a) (2) (B) (iii) Bringing In Illegal Aliens without Presentation |
| Roberto MARTINEZ-Olivas, ) | |
| Defendant. ) | |

The undersigned complainant, being duly sworn, states:

On or about June 26, 2008, within the Southern District of California, defendant Roberto MARTINEZ-Olivas, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Miguel VENTURA-Alvarez, Jose CERRATO-Flores, and Bryan SANCHEZ-Ordonez had come to, entered and remained in the United States in violation of law, did bring in illegal aliens without presentation, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a) (2) (B) (iii)

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
MARCO A. MIRANDA
Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 27th DAY OF JUNE 2008.

_____
WILLIAM McCURINE, JR.
United States Magistrate Judge

Page 1

UNITED STATES OF AMERICA
          v.
Roberto MARTINEZ-Olivas

## STATEMENT OF FACTS

The complainant states that this complaint is based upon statements in the investigative reports by the apprehending Border Patrol Agent S. Gordillo, that on June 26, 2008, the defendant, was apprehended east of Calexico, California, along with six (6) other undocumented aliens, four from Honduras and two from Mexico, in violation of law.

On June 26, 2008, while working approximately sixteen miles east of Calexico, California, Agent Gordillo encountered foot sign heading north from the All American Canal. Agent Gordillo followed the foot sign north for several miles. Agent Gordillo encountered a group of seven individuals sleeping. Agent Gordillo identified himself as a United States Border Patrol Agent and questioned the group as to their citizenship. It was determined through questioning that the group of seven were illegal aliens, including one individual later identified as Roberto MARTINEZ-Olivas. MARTINEZ-Olivas and the others were arrested and transported to the Calexico Border Patrol Station for further processing.

At approximately 11:00 a.m. when agents began processing individuals from the group, one of the illegal aliens told agents that MARTINEZ-Olivas was the foot guide.

MARTINEZ-Olivas was advised of his Miranda Rights by Agent C. Toledo. MARTINEZ-Olivas stated he understood his rights and was willing to answer questions without an attorney present. MARTINEZ-Olivas stated he has been apprehended seven times by Border Patrol. MARTINEZ-Olivas also stated he was not guiding the group.

MARTINEZ-Olivas informed agents his initial statement was false and he wanted to tell the truth. MARTINEZ-Olivas stated on this occasion he was the foot guide and the aliens crossed with him. MARTINEZ-Olivas claimed he was paid $80.00 per person to guide them into the United States. MARTINEZ-Olivas stated he guided them on a raft across the canal and proceeded to guide them on foot towards Interstate 8. MARTINEZ-Olivas also said he was supposed to contact the vehicle that was going to pick them up, but the vehicle didn't arrive because Border Patrol was in pursuit of them.

Material Witnesses Miguel VENTURA-Alvarez, Jose CERRATO-Flores, and Bryan SANCHEZ-Ordonez, stated they are citizens of Honduras illegally in the United States. VENTURA, CERRATO, and SANCHEZ stated they made arrengements in Mexico to be smuggled illegally into the United States. VENTURA and SANCHEZ stated they were going to pay $2,500.00 to be smuggled into the United States. CERRATO stated he was going to pay $2,000.00 to be smuggled into the United States. VENTURA, CERRATO, and SANCHEZ stated MARTINEZ-Olivas crossed with them illegally by rafting across a canal then walked through the desert across the United States/Mexico International border.

VENTURA, CERRATO, and SANCHEZ were shown a six-pack photo lineup. They all positively identified photo number four, MARTINEZ-Olivas, as the foot guide that smuggled them into the United States.

The complainant states that the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
| --- | --- |
| Miguel VENTURA-Alvarez | Honduras |
| Jose CERRATO-Flores | Honduras |
| Bryan SANCHEZ-Ordonez | Honduras |

Further, complainant states that Miguel VENTURA-Alvarez, Jose CERRATO-Flores, and Bryan SANCHEZ-Ordonez are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.