
UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA  2008 JUL 24 P 4:15

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Roberto Martinez-Olivos )<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08mj8576<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 09109298<br>8866644 |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / ~~Order of Court~~).

Jose Cerrato-Flores

DATED: 7/24/08

RECEIVED _____ /DUSM

**PETER C. LEWIS**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by  J. Flores
_____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082